# Frank, Elmore, Lievens, Chesney & Turet, L.L.P.
## Attorneys At Law

JERRY L. ELMORE
RICHARD C. LIEVENS
WILLIAM S. CHESNEY, III
CHARLES S. TURET, JR.
KRISTI A. SLAUGHTER

9225 KATY FREEWAY, SUITE 250
HOUSTON, TEXAS 77024-1564
TELEPHONE: (713) 224-9400
FACSIMILE: (713) 224-0609

OF COUNSEL:
EDWIN H. FRANK, JR., P.C.
WILLIAM L. VAN FLEET, II

October 2, 2015



First Court of Appeals
Attn: Christopher A. Prine, Clerk of Court
301 Fannin Street
Houston, Texas 77002-2066

Re:  Case No. 01-15-00462-CV; Post Oak Lane Townhome Owners Association
v. The Bank of New York Mellon f/k/a the Bank of New York, as Trustee for
the Certificateholders of CWABS Series 2003-BC1 and Wade Riner

Dear Mr. Prine:

Enclosed is our firm check in the amount of $195.00 to cover costs incurred in the referenced case. For your convenience we also enclose a copy of the *Bill of Costs*.

If you have any questions, please feel free to contact us.

Sincerely,

Tracey L. Deison
Legal Assistant

TLD:JLE:10-1221-09:100215 1st Crt Appeals



# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-15-00462-CV

**Post Oak Lane Townhome Owners Association**

v.

**The Bank of New York Mellon f/k/a the Bank of New York, as Trustee for the Certificateholders of CWABS Series 2003-BC1 and Wade Riner**

NO. 2013-00567 IN THE 11TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 07/06/2015 | E-PAID | ANT |
| FILING | $195.00 | 05/20/2015 | NOT PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $205.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this October 2, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**

FRANK, ELMORE, LIEVENS, CHESNEY
& TURET, L.L.P.
ATTORNEYS AT LAW
9225 KATY FREEWAY, SUITE 250
HOUSTON, TEXAS 77024-1564

HOUSTON
TX 770
02 OCT '15
PM 7 L

US POSTAGE
$00.48

7700220E270

First Court of Appeals
Attn: Christopher A. Prine, Clerk of Court
301 Fannin Street
Houston, Texas 77002-2066